LAW LIBRARY

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAI'I

2010 AUG 16 PM 3: 32

FILED

NO. 27912

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DAVID GARNER; PATRICIA SMITH; ANDREA CHRISTIE; ALLAN KLITERNICK;
KAREN SOUZA; JO JENNIFER GOLDSMITH; and DAVID HUDSON,
on behalf of themselves and all others similarly situated,
Respondents-Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

STATE OF HAWAI'I DEPARTMENT OF EDUCATION,
Petitioner-Respondent/Defendant-Appellee/Cross-Appellant
(CIV. NO. 03-1-0305)

--------------------------------------------------------------------

ALLAN KLITERNICK; DAVID GARNER; JO JENNIFER GOLDSMITH;
and DAVID HUDSON,
individually and on behalf of all others similarly situated,
Respondents-Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

KATHRYN MATAYOSHI, in her official capacity as Interim
Superintendent of Schools; DONNA IKEDA, MARY COCHRAN, MAGGIE COX,
BREENE HARIMOTO, KIM COCO IWAMOTO, LEI AHU ISA, KAREN KNUDSEN,
CAROL MON LEE, EILEEN CLARKE, JOHN PENEBACKER, GARRETT TOGUCHI,
HERBERT WATANABE, and JANIS AKUNA,
in their official capacities as members of the STATE OF HAWAI'I
BOARD OF EDUCATION, STATE OF HAWAI'I,
Petitioners-Respondents/Defendants-Appellees/Cross-Appellants.
(CIV. NO. 05-1-0031)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NOS. 03-1-0305; 05-1-0031)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, J., for the court[1])

Petitioner State of Hawaii's application for writ of certiorari filed on July 20, 2010, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 16, 2010.

FOR THE COURT:

Paula A. Nakayama

Associate Justice

Mark J. Bennett, Attorney
General, Dorothy Sellers,
Solicitor General, and William J.
Wynhoff, Deputy Attorney General,
for Petitioner State of Hawaii
on the application

---

[1]Considered by:  Nakayama, Acting C.J., Acoba and Duffy, JJ., Circuit Judge Wilson, in place of Moon, C.J., recused, and Circuit Judge Chan, in place of Acoba, J., recused.

2